UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CLIFTON SHOCKLEY,**

    Petitioner,

                                  Civil No: 04-72842
                                  Honorable Denise Page Hood

v.

**SHERRY L. BURT,**

    Respondent.

_____

### JUDGMENT

    The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus by a Person in State Custody **[Doc. #2-1]**, and in accordance with the Opinion and Order Granting Respondent's Motion for Summary Judgment and Dismissal of Petition for Writ of Habeas Corpus entered on June30, 2006,

    Judgment is entered in favor of Respondent and against Petitioner.

                                                        DAVID WEAVER
                                                        CLERK OF THE COURT

                                                       BY: s/ Wm. F. LEWIS
                                                          DEPUTY CLERK

APPROVED:

s/ DENISE PAGE HOOD
HONORABLE DENISE PAGE HOOD
UNITED STATES DISTRICT COURT

Dated: June 30, 2006

    I hereby certify that a copy of the foregoing document was served upon counsel of record on June 30, 2006, by electronic and/or ordinary mail.

                                                      s/William F. Lewis
                                                      Case Manager